# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DANIEL T. TIGHE                                    Case Number: 05-70892
5214 PEBBLE LANE            SSN-xxx-xx-6111
LOVES PARK, IL  61111

Case filed on:     3/3/2005
Plan Confirmed on: 4/29/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,500.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | DANIEL T. TIGHE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BLATT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 9,481.10 | 9,481.10 | 1,048.53 | 0.00 |
| 004 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 479.16 | 479.16 | 52.99 | 0.00 |
| 006 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 1,429.48 | 1,429.48 | 158.09 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 11,838.37 | 11,838.37 | 1,309.21 | 0.00 |
| 009 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN NO DEBT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHERYL A. TIGHE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 643.60 | 643.60 | 71.17 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,820.25 | 1,820.25 | 201.30 | 0.00 |
|  | Total Unsecured | 25,691.96 | 25,691.96 | 2,841.29 | 0.00 |
|  | Grand Total: | 27,055.96 | 27,055.96 | 4,205.29 | 0.00 |

Total Paid Claimant:      $4,205.29
Trustee Allowance:        $294.71         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     11.06         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008        By  /s/Heather M. Fagan